✎AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Perry Phelps
Plaintiff

V.

Jason Hainey
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

- 0 8 - 2 7 2

CASE NUMBER:

FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Jason Hainey _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  DCC 1181 Paddock Rd. Smyrna, DE 19977

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☑ No
   b. Rent payments, interest or dividends              ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
   d. Disability or workers compensation payments       ☐ Yes     ☑ No
   e. Gifts or inheritances                             ☐ Yes     ☑ No
   f. Any other sources                                 ☑ Yes     ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*I recieve money orders sporadically from a few family members (institutional transaction sheet is attached)*

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  *None*

I declare under penalty of perjury that the above information is true and correct.

_4/22/08_ 
Date

_Jason Hainey_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

|  |  |
|---|---|
| Plaintiff<br><br>V.<br><br>Defendant | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br><br>CASE NUMBER: |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

  ☐ The clerk is directed to file the complaint.

  ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:




ENTER this _____ day of _____, _____.


_____
Signature of Judge

_____
Name and Title of Judge

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:     Jason Hainey                    SBI#: 383182

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   April 23, 2008

---

Attached are copies of your inmate account statement for the months of
October 1, 2007 to March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|------------------------|
| Oct   | 27.20 |
| Nov   | 1.47 |
| Dec   | 6.50 |
| Jan   | 15.18 |
| Feb   | 4.74 |
| March | 14.07 |

Average daily balances/6 months: 11.52

Attachments
CC: File

Stacy Shane
4/23/08

Candy Ponce
4/23/08

**Individual Statement**
**From October 2007 to December 2007**

Date Printed: 4/22/2008                                                                                           Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00383182 | Hainey | Jason | | | Beginning Month Balance: | | $0.29 |
| Current Location: | 23 | | Comments: QOL3 | | Ending Month Balance: | | $40.05 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/11/2007 | $50.00 | $0.00 | $0.00 | $50.29 | 498870 | 11740655845 | | R HAINEY |
| Mail | 10/18/2007 | $20.00 | $0.00 | $0.00 | $70.29 | 501898 | 57268955953 | | DONNA PAPANICOLA |
| Canteen | 10/18/2007 | ($17.99) | $0.00 | $0.00 | $52.30 | 502089 | | | |
| Medical | 10/18/2007 | $0.00 | ($4.00) | $0.00 | $52.30 | 502283 | | 7/16/07 | |
| Medical | 10/18/2007 | ($4.00) | $0.00 | $0.00 | $48.30 | 502403 | | 7/16/07 | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($2.16) | $48.30 | 502718 | | 10/5/07 | |
| Supplies-MailPosta | 10/19/2007 | ($2.16) | $0.00 | $0.00 | $46.14 | 503344 | | 10/5/07 | |
| Canteen | 10/25/2007 | ($20.00) | $0.00 | $0.00 | $26.14 | 505165 | | | |
| Canteen | 10/31/2007 | ($19.99) | $0.00 | $0.00 | $6.15 | 507880 | | | |
| Canteen | 11/8/2007 | ($6.10) | $0.00 | $0.00 | $0.05 | 511434 | | | |
| Supplies-MailPosta | 12/21/2007 | $0.00 | $0.00 | ($4.60) | $0.05 | 531421 | | 12/5/07 | |
| Visit | 12/27/2007 | $40.00 | $0.00 | $0.00 | $40.05 | 533311 | 08660237897-08077 | | C HAINEY |

Ending Month Balance: $40.05

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

# Individual Statement
## From January 2008 to March 2008

Date Printed: 4/22/2008  Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00383182 | Hainey | Jason | | | Beginning Month Balance: | $40.05 |
| Current Location: | 23 | Comments: QOL3 | | | Ending Month Balance: | $0.02 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/3/2008 | ($19.99) | $0.00 | $0.00 | $20.06 | 536691 | | | |
| Visit | 1/9/2008 | $20.00 | $0.00 | $0.00 | $40.06 | 539797 | 08660237944-08490 | 12/5/07 | C HAINEY |
| Supplies-MailPosta | 1/9/2008 | ($4.60) | $0.00 | $0.00 | $35.46 | 540549 | | | |
| Canteen | 1/10/2008 | ($15.44) | $0.00 | $0.00 | $20.02 | 541276 | | | |
| Canteen | 1/17/2008 | ($6.83) | $0.00 | $0.00 | $13.19 | 543910 | | | |
| Canteen | 1/24/2008 | ($12.92) | $0.00 | $0.00 | $0.27 | 546684 | | | |
| Visit | 2/13/2008 | $30.00 | $0.00 | $0.00 | $30.27 | 555623 | 08818946444-10594 | | R HAINEY |
| Canteen | 2/14/2008 | ($20.00) | $0.00 | $0.00 | $10.27 | 556462 | | | |
| Canteen | 2/21/2008 | ($10.05) | $0.00 | $0.00 | $0.22 | 559814 | | | |
| Mail | 2/29/2008 | $30.00 | $0.00 | $0.00 | $30.22 | 563185 | 5742187912 | | R HAINEY |
| Canteen | 3/6/2008 | ($15.09) | $0.00 | $0.00 | $15.13 | 566977 | | | |
| Visit | 3/12/2008 | $20.00 | $0.00 | $0.00 | $35.13 | 568825 | 08818946537-11375 | | C HAINEY |
| Canteen | 3/13/2008 | ($15.73) | $0.00 | $0.00 | $19.40 | 569630 | | | |
| Canteen | 3/20/2008 | ($16.06) | $0.00 | $0.00 | $3.34 | 573421 | | | |
| Canteen | 3/27/2008 | ($3.32) | $0.00 | $0.00 | $0.02 | 576040 | | | |

Ending Month Balance: $0.02

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00