IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JASON A. HAINEY,
    PETITIONER,

V.

PERRY PHELPS
    Respondent

-08-272-



MOTION FOR LEAVE TO FILE MEMORANDUM
BRIEF IN SUPPORT OF HABEAS CORPUS PETITION

NOW INTO COURT COMES JASON A. HAINEY, THE PETITIONER, APPEARING THROUGH PRO SE REPRESENTATION AND RESPECTFULLY MOVES THIS HONORABLE COURT FOR LEAVE TO FILE A MEMORANDUM BRIEF IN

Support of Petitioners Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 submitted to the Court this date. Petitioner requests a period of 90 - ninety days from date of docketing of the Petition for Writ of Habeas Corpus submitted herein.

Respectfully Submitted,

Dated: 22nd, April 2008

*Jason Hainey*
JASON A. HAINEY
SBI #383182  Unit 23-B-L-8
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977