CA 08-272 SCR

Judge Sue L. Robinson,                                             6/2/08

      Hello my name is Jason Hainey Case # 1:08-cv-272 I sent my Petition for writ of Habeas Corpus to the U.S District Court on or about April 30th 2008, attached was a motion for leave to file a memorandum brief in support of my writ of habeas Corpus. (I requested a 90 day extension) On may 17th 2008, I recieved an electronic filing notice stating that my Petition was entered on 5/14/08, but I never got anything stating that my request for extension was granted/denied. At this stage of my appeal process I would hate to assume or take anything for granted. Therefore I humbly request that your honor give me a desision on the matter so that I may make the proper adjustments if need be.

Thank you in advance for your time and effort

                                            Jason Hainey
                                            *Jason Hainey*
                                            SBI 383182
                                            DCC 1181 Paddock Rd.
                                            Smyrna, DE. 19977

Case number 1:08-cv-272



FILED
JUN - 3 2008
Bob
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Shawn Hovey
SBI# 383182    UNIT D/U/U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801