CA08-272 SLR

Judge Sue L. Robinson,                                              7/17/08

      Hello my name is Jason Hainey case # 1:08-cv-272. I am writing you because somethings have transpired concerning my compliance deadline (set for 7/17/08) And my opening brief that was attached to it. On the date of July 3, 2008 I gave all of the necessary documents to the building Sergeant of my unit, so that the proper postage could be put on the envelope for mailing. Since I was never informed that there was a problem I thought that the brief was sent off. I've just learned today that the money for postage was never taken out of my account. So that leads me to believe that after 14 days my brief is still sitting here somewhere in this facility. I hope not, but under the circumstances I have no choice but to believe the worse. Now I fully understand that the court could care less who is at fault concerning any mailing delays, a rule is a rule but I ask that you please show mercy and accept the copy of my brief that should arrive there no later then July 19, 2008. This is the only copy that I have left being as though I gave up my original on July 3, 2008 for mailing. I pray that you find this acceptable considering the situation. I have put everything I have into this brief and although I am not at fault I sincerely apologize for any inconvenience this has caused you. Thank you in advance for your time and effort.

                                                            Jason Hainey

P.S Could I please have a copy of my brief sent to me.

I/M Jason Harvey
SBI# 383182          UNIT Bldg. 23
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
18 JUL 2008 PM 3 L

Judge Sue L. Robinson (case # 1:08-cv-272)
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801