IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JASON A . HAINEY, )
)
    Petitioner, )
)
v. ) Civ. No. 08-272-SLR
)
PERRY PHELPS, )
Warden, and JOSEPH )
R. BIDEN III, Attorney )
General of the State )
of Delaware, )
)
    Respondents. )

## O R D E R

At Wilmington this ɪɢ̶ day of August, 2008;

IT IS ORDERED that:

Petitioner Jason A. Hainey's motion for leave to file a memorandum in support of

his habeas application is **DENIED** as moot. (D.I. 3) Petitioner filed his memorandum in

support on July 9, 2008. <u>See</u> (D.I. 8; D.I. 9)

UNITED STATES DISTRICT JUDGE