D.I. #_____

# CIVIL ACTION NUMBER: 08CV 272 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

